# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WAYNE DONTA O'NEIL, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:11-CV-00160-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2014, Order.

February 24, 2014

Frank G. Johns, Clerk
United States District Court